UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  -vs-<br><br>PRINCETON JAMAAL LEE PERRY,<br><br>               Defendant. | No.   2:13-CR-0008-WFN-32<br><br>ORDER |

Before the Court is Defendant's Emergency Motion to Allow Removal of Ankle Bracelet for Air Travel to Bureau of Prisons Designated Facility.  ECF No. 3709. Defendant has been designated to FCI La Tuna with a report date of June 3, 2015.  He would like to fly to the facility.  Defendant is subject to electronic monitoring and the ankle bracelet must be removed prior to boarding his flight.  Accordingly,

**IT IS ORDERED** that:

1. Defendant's Emergency Motion to Allow Removal of Ankle Bracelet for Air Travel to Bureau of Prisons Designated Facility, filed May 26, 2015, **ECF No. 3709**, is **GRANTED**.

2. Defendants' Motion to Expedite, filed May 26, 2015, **ECF No. 3708**, is **GRANTED**.  The underlying Motion was considered on an expedite basis.

3. Defendant's electronic monitoring device shall be removed **June 2, 2015.**

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Probation Officer Melissa Hanson.

**DATED** this 28th day of May, 2015.

                                            s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
05-27-15                      SENIOR UNITED STATES DISTRICT JUDGE

ORDER