# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

PROBATION OFFICE

May 20, 2021

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2021

SEAN F. MCAVOY, CLERK

The Honorable Wm. Fremming Nielsen
Senior U.S. District Judge
920 West Riverside
Spokane, Washington 99210

**RE: Perry, Princeton Jamaal Lee**
**Docket No: 2:13CR00008-WFN-32**
**REQUEST FOR OUT OF COUNTRY**
**TRAVEL**

Your Honor:

Mr. Perry was convicted of conspiracy to distribute a controlled substance in the Eastern District of Washington on March 24, 2015, and was sentenced to 57 months imprisonment with a 3-year term of supervised release to follow. Mr. Perry commenced his term of supervised release on July 19, 2019, in the Central District of California, where he is being courtesy supervised.

The Central District of California reported Mr. Perry is presently being supervised on an administrative low-risk caseload. The Central District of California indicated Mr. Perry is following all conditions and has satisfied his special conditions. It is further noted, Mr. Perry has also maintained the same employment as a truck driver since 2019.

Mr. Perry is requesting permission to travel to Cancun, Mexico, from July 14 to 18, 2021, for a family vacation. The Central District of California approves of the request; therefore, this officer respectfully recommends Mr. Perry's request to travel to Mexico be granted. The undersigned is available should Your Honor have any further questions or concerns about this case.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

 s/Emely Cubias              05/20/2021
Emely Cubias                 Date
U.S. Probation Officer

APPROVED BY:

s/SanJuanita B. Coronado          05/20/2021  
SanJuanita B. Coronado                Date  
Supervisory U.S. Probation Officer

---

**ORDER OF THE COURT:**

**Approved** ___XX___          **Disapproved** _____

5/20/2021                          _____  
Date                               The Honorable Wm. Fremming Nielsen  
                                   Senior U.S. District Judge